**Order filed October 26, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00839-CV

_____

## IN THE INTEREST OF Z.Z.A-S., A CHILD

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2017-00529J**

_____

## NO. 14-18-00840-CV

_____

## IN THE INTEREST OF Z.A.A.-S-T. AKA Z.T, A CHILD

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2017-04990J**

## ORDER

These are accelerated appeals from judgments in parental termination appeals. Appellant's brief in each appeal was due **October 25, 2018.** No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order appellant's appointed counsel, **William Thursland**, to file appellant's brief no later than **November 6, 2018.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM